IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RIKER (ROCKY) MCKENZIE, & )<br>RIKER (ROCKY) MCKENZIE HUMAN )<br>DEVELOPMENT CENTER, INC., )<br>)<br>Defendants. )<br>_____) | Case No. 1:07-cv-2317-JFM |

**NOTICE OF BANKRUPTCY FILING**

The United States files this notice to inform the Court that defendant Riker (Rocky) McKenzie filed a Chapter 13 bankruptcy petition on September 23, 2013. *See In re Riker Junior McKenzie, Jr.*, No. 13-26171 (USBC D.Md).

Date: November 25, 2013

                                                KATHRYN KENEALLY
                                                Assistant Attorney General

                                                */s/ Katherine M. Reinhart*
                                                KATHERINE M. REINHART
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 227
                                                Washington, D.C.  20044
                                                202-307-6528 (v)
                                                202-514-6866 (f)
                                                Katherine.Reinhart@usdoj.gov

Of Counsel:

ROD J. ROSENSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing *Notice of Bankruptcy Filing* on November 25, 2013 through the Court's CM/ECF filing system, which will automatically send electronic copies to all parties registered to receive such notice, and that a copy was sent through First Class Mail to the following:

Riker Junior McKenzie, Jr.
6639 Dogwood Road
Gwynn Oak, Maryland 21207
*Chapter 13 Debtor*

Kim Bradley
STA-ILA Container Royalty Fund
Jackson Taylor Building
6610 Tributary Street
Baltimore, Maryland 21224
*Counsel for STA-ILA Container Royalty Fund*

      /s/ *Katherine M. Reinhart*
      KATHERINE M. REINHART